UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION ("FREDDIE MAC"),<br><br>Plaintiff,<br><br>v.<br><br>CHANHT REATREY KEO, et al.,<br><br>Defendants. | Case No. 19-cv-02099-JSC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 5 |

Defendant Chanht Reatrey Keo's response to the Court's April 30, 2019 order to show cause as to why this removed case should not be remanded to state court correctly asserts that federal courts have original jurisdiction over suits involving Plaintiff Freddie Mac. (*See* Dkt. No. 5 at 1-2); *see also Lightfoot v. Cendant Mortg. Corp.*, 137 S. Ct. 553, 564 (2017) (noting that "[s]uits involving Freddie Mac may be brought in federal court" because "civil actions to which Freddie Mac is a party arise under federal law") (citing 12 U.S.C. § 1452(c),(f); 28 U.S.C. §§ 1345, 1442). Thus, this Court has subject matter jurisdiction and accordingly discharges the order to show cause.

**IT IS SO ORDERED.**

Dated: May 20, 2019

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge