UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CHANHT REATREY KEO, et al.,<br><br>Defendants. | Case No. 19-cv-02099-RS (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. Nos. 41, 42 |

Defendant Chanht Keo has filed two motions to compel. ECF Nos. 41, 42. However, the motions do not contain an attestation that the parties met and conferred, and Plaintiff asserts that they did not do so. *See* ECF No. 45. Accordingly, the Court orders the parties to meet and confer. If they are unable to resolve their disputes, they may file two supplemental joint discovery letter briefs (one for each pending motion), pursuant to the undersigned's Discovery Standing Order, no later than two weeks from today. The letter briefs shall attach as exhibits the discovery requests and responses that are the subject of the disputes.

**IT IS SO ORDERED.**

Dated: March 5, 2020

THOMAS S. HIXSON
United States Magistrate Judge