|  | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 24 2021 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

FEDERAL HOME LOAN MORTGAGE CORPORATION, a corporation organized and existing under the laws of the United States of America, its assignees and/or successors,

        Plaintiff-Appellee,

 v.

CHANHT REATREY KEO,

        Defendant-Appellant,

 and

JOHN ARAIZA; KENNETH MCCALLISTER,

        Defendants.

No.   20-16145

D.C. No. 3:19-cv-02099-RS
Northern District of California,
San Francisco

ORDER

The opening brief was due January 29, 2021. Appellant has failed to file the opening brief or a motion for extension of time to do so. This appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

A copy of this order served on the district court shall, 21 days after the date of this order, become the mandate of this court.

SSR/Pro Mo

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Sofia Salazar-Rubio
Deputy Clerk
Ninth Circuit Rule 27-7