Chanht Reatrey Keo
18 Falmouth Cove
San Rafael, CA 94901
Phone: (415)234-8231

Plaintiff in my Private Capacity

FILED

JAN 31 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION ("FREDDIE MAC") A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA Its assignees and or successors.<br>        Plaintiff,<br><br>CHANHT REATREY KEO, JOHN ARAIZA, KENNETH MCALLISTER, AND DOES 1-10, inclusive,<br>Defendants | **CASE NUMBER: 3:19-cv-2099-RS(THSx)**<br><br>**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE** |

1. I, Chanht Reatrey Keo, (hereinafter, "Petitioner"), in my private capacity, do hereby ask the court for Judicial Notice of the attached GSA Forms.



Defendant's Request For Judicial Notice - Page 1

Respectfully Submitted,

Dated: January _31_ , 2022    By: _____
                                   Authorized Representative,

PROOF OF SERVICE BY MAIL

1. I _Emmett Rosen_, now certify that I am domiciled in the _156 Canal St SR_ -county, I am over the age of eighteen years and I did in fact serve as follows: On the _Jan 31, 2022_ ____ (date), I personally served a true copy of **DEFENDANTS REQUEST FOR JUDICIAL NOTICE,** for Case No. **3:19-cv-2099-RS(THSx)** in The United States District Court For the Northern District of California, upon the following Service List:

   McCARTHY & HOLTHUS, LLP
   2763 Camino Del Rio South, Suite 100
   San Diego, California 92108

My mailing location is:

_156 Canal St, San Rafael, CA 94901_

VERIFICATION

I hereby affirm all facts stated in this Proof of Service are true of my own knowledge except for those facts, which are stated upon information and belief, and as to those such matters, I believe them to be also true. On the _____ _Jan 31, 2022_ (date),

_Emitt_

Sign Manual

**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**

Defendant's Request For Judicial Notice - Page 3