## RELEASE OF LIEN ON REAL PROPERTY

Whereas __CHANHT REATREY KEO__, of __San Rafael, California__, by a bond
                 (Name)                 (Place of Residence)
for the performance of U.S. Government Contract Number __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__,
became a surety for the complete and successful performance of said contract, which bond inlcudes a lien upon certain real property further described hereafter, and

Whereas said surety established the said lien upon the following property
The land referred to herein is in the State of California, County of Marin, City of San Rafael, and described as follows: Lot 82 as shown on upon that certain map entitled : " Map of Spinnaker Point, Unit #3 " filed for record February 26, 1981 in Volume 18 of Maps at Page 40, Marin County records. Comminly known as 18 Falmouth Cove, San Rafael, California.

See Form 91, Release of Personal Property from Escrow and Standard Form 28, Affidavit of Individual Surety, attached.

and recorded this pledge on __Marin County Recorder, APN # 00909213, Doc ID # 2008-54058__
                                                   (Name of Land Records)
in the __County Recorder Marin County__ of __California__,
           (Locality)                                   (State)
and

Whereas, I, __Chanht Reatry Keo__, being a duly authorized representative of the United States Government as a warranted contracting officer, have determined that the lien is no longer required to ensure further performance of the said Government contract or satisfaction of claims arising therefrom,
and see Standard Form 28 and Optional Form 91 attached

Whereas the surety remains liable to the United States Government for continued performance of the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases the aforementioned lien.
Void Where Probited by law

[Date] 01/31/22                    [Signature/Seal] *(signed)*

AUTHORIZED FOR LOCAL REPRODUCTION        OPTIONAL FORM 90 (REV. 1-90)
Prescribed by GSA-FAR (48 CFR) 53.228(n)

## RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas  CHANHT REATREY KEO , of  San Rafael, California , by a bond
              (Name)                                    (Place of Residence)
for the performance of U.S. Government Contract Number  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 ,
became a surety for the complete and successful performance of said contract, and Whereas
said surety has placed certain personal property in escrow

in Account Number  Case Number: 3:19-cv-02099-RS  on deposit

at  U S DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
                      (Name of Financial Institution)

located at  455 Golden Gate Avenue, 16th Floor, San Francisco, Calif. 94102 , and
                      (Address of Financial Institution)

Whereas I, Chanht Reatry Keo , being a duly authorized representative of the United States government as a warranted contracting officer, have determined that retention in escrow of the following property is no longer required to ensure further performance of the said Government contract or satisfaction of claims arising therefrom:

That land situated in California, County of Marin, San Rafael, described as follows: Lot 82 as shown on upon that certain map entitled : " Map of Spinnaker Point, Unit #3 " filed for record Feb 26, 1981 in Volume 18 of Maps at Page 40, Marin County records. AKA 18 Falmouth Cove, San Rafael,Calif.and Title thereto MIN NUMBER: 1001337-0003465785-1, Doc ID # 2008-54058, Loan Number 110435038   ND

and

Whereas the surety remains liable to the United States Government for the continued performance of the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow the property listed above, and directs the custodian of the aforementioned escrow account to deliver the listed property to the surety. If the listed property comprises the whole of the property placed in escrow in the aforementioned escrow account, the Government further directs the custodian to close the account and to return all property therein to the surety, along with any interest accruing which remains after the deduction of any fees lawfully owed to

US District Court For Northern District of Calif.
               (Name of Financial Institution)
VOID WHERE PROHIBITED BY LAW. See Form 90 and Form 28 attached.

[Date] 01/31/22                    [Signature] *Chanht Reatry* 
                                    Seal

AUTHORIZED FOR LOCAL REPRODUCTION

OPTIONAL FORM 91 (1-90)
Prescribed by GSA-FAR (48 CFR) 53.228(o)

| AFFIDAVIT OF INDIVIDUAL SURETY (See instructions on reverse) | OMB Control Number: 9000-0001 Expiration Date: 3/31/2024 |
|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 0.3 hours to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| STATE OF CALIFORNIA | COUNTY OF MARIN | SS. |
|---|---|---|

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. Where the sureties are acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| 1. NAME (First, Middle, Last) (Type or Print) CHANHT REEATREY KEO | 2A. HOME ADDRESS (Number, Street, City, State, ZIP Code) 18 Falmouth Cove, San Rafael, California 94901 ||
|---|---|---|
| 3. TYPE AND DURATION OF OCCUPATION SURETY LIFETIME | ||
| | 2B. TELEPHONE NUMBER | 2C. EMAIL ADDRESS |
| 4A. NAME AND ADDRESS OF EMPLOYER (Number, Street, City, State, ZIP Code) (If self-employed, so state) Retired | 5A. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED (Number, Street, City, State, ZIP Code) DTC, 55 Water Street, New York, New York 10011-0099 ||
| | 5B. SURETY BROKER EMAIL ADDRESS ||
| 4B. EMPLOYER EMAIL ADDRESS | 5C. HOME TELEPHONE NUMBER | 5D. BUSINESS TELEPHONE NUMBER |
| 6A. NAME AND ADDRESS OF FINANCIAL INSTITUTION SUBMITTING THE PLEDGE OF SECURITIES ON BEHALF OF INDIVIDUAL SURETY (Number, Street, City, State, ZIP Code) United States Treasury Department 1500 Pennsylvania Avenue NW Washington, DC 20220 | 6B. FINANCIAL INSTITUTION EMAIL ADDRESS | 6C. ROUTING TRANSIT NUMBER (RTN) |
| | 6D. CONTACT PERSON NAME Janet Yellin | 6E. CONTACT PERSON TELEPHONE NUMBER (202) 622-2000 |
| | 6F. CONTACT PERSON EMAIL ADDRESS ||

7. THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND. (LIST THE COMMITTEE ON UNIFORM SECURITIES IDENTIFICATION PROCEDURES (CUSIP) NUMBER AND PAR (FACE) AMOUNT OF EACH SECURITY).

That land situated in California, County of Marin, City of San Rafael, described as follows: Lot 82 as shown on upon that certain map entitled : " Map of Spinnaker Point, Unit #3 " filed for record February 26, 1981 in Volume 18 of Maps Marin County. Commonly known as 18 Falmouth Cove, San Rafael, Calif. Min number = 1001337-0003465785-1
Doc ID # 2008-54058
APN # 0090921
Case Number: 3:19-cv-02099-RS

See Form 91, Release of Personal Property from Escrow and Form 90 , Release of Lien On Real Property , attached.

| AUTHORIZED FOR LOCAL REPRODUCTION Previous edition is NOT usable | STANDARD FORM 28 (REV. 2/2021) Prescribed by GSA-FAR (48 CFR) 53.228(e) |
|---|---|

8. IDENTIFY ALL LIENS, JUDGEMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS.

Min number = 1001337-0003465785-1
Doc ID # 2008-54058
Loan Number 110435038
Case Number: 3:19-cv-02099-RS

9. IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN THREE YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT.

Min number = 1001337-0003465785-1
Doc ID # 2008-54058
Loan Number 110435038
Case Number: 3:19-cv-02099-RS
VOID WHERE PROHIBITED BY LAW

---

**DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED.**

10. SIGNATURE *[signed]*

11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES (where appropriate)
Case Number: 3:19-cv-02099-RS
Doc ID # 2008-54058

**12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS:**

a. DATE OATH ADMINISTERED
MONTH 01  DAY 31  YEAR 22

b. CITY AND STATE (or other jurisdiction)
San Rafael, CA

c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH (type or print)
See attached

d. SIGNATURE *[signed]*

e. MY COMMISSION EXPIRES

Official Seal

STANDARD FORM 28 (REV. 2/2021) PAGE 2

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ___Marin___

Subscribed and sworn to (or affirmed) before me on this __31st__ day of ___January___, 20__22__, by __Chanh T Leatrey Keo__, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

ERNESTO ISAIAS REYES
Notary Public - California
Marin County
Commission # 2242385
My Comm. Expires May 13, 2022

(Seal)                              Signature _____