Chanht Reatrey Keo
18 Falmouth Cove
San Rafael, CA 94901
Ph.: (415)234-8231
e-mail: creatreyk@gmail.com
Defendant Pro Per

FILED
MAY 12 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION, | Case No.: 3:19-cv-02099-RS |
| Plaintiff | DECLARATION OF CHANHT REATREY KEO RE VIOLATION OF EVICTION MORATORIUM |
| v. | |
| CHANHT REATREY KEO, | |
| Defendat | |

I, Chanht Reatrey Keo, declare under penalty of perjury under the laws of the United States of America, the following:

1. I am the Defendant in this case.
2. In the above unlawful detainer action a judgment was entered against me on May 26, 2020 by Judge Seeborg.
3. I appealed the judgment against me on June 9, 2020.
4. Later I filed a motion for a stay pending the appeal and in light of the state and federal moratoriums against evictions due to the COVID pandemic.
5. On October 9, 2020, Judge Seeborg granted and denied my motion in part; most importantly, he ruled that no enforcement of the judgment could take place until January 1, 2021 at the earliest or when the moratoriums had been lifted.
6. The Plaintiff filed a Proposed Writ of Judgment on ~~January~~ November 24, 2022 and it was issued by the Court on January 27, 2022.

- 1 -

DECLARATION OF CHANHT REATREY KEO RE VIOLATION OF EVICTION MORATORIUM

7. Just recently, I received the writ, stuck on my door's jam that was hand delivered, but not personally served, on my residence containing the writ issued by the Court.

8. I contacted the US Marshal to explain that I had received this writ and believed I was wrongly served since the eviction moratorium is still in effect in Marin County. In

9. California just recently passed an extension of the eviction moratorium through June 30, 2022.

10. Due to the moratorium still being in place, I believe that the writ was wrongly issued and as a result I and my renter face being wrongfully evicted from our residence,

11. Consequently, I humbly ask the Court to revoke the writ issued on January 27, 2022 and not to reissue a writ until the eviction moratorium in Marin County and California is lifted.

DATE: __05/11/2022__                                      Respectfully submitted,

                                                          *[signature]*

                                                          Chanht Reatrey Keo, Defendant In Proper

**DECLARATION OF CHANHT REATREY KEO RE VIOLATION OF EVICTION MORATORIUM**

Chanht Reatrey Keo
18 Falmouth Cove
San Rafael, CA 94901

Phone: (415)234-8231
E-m: creatreyk@gmail.com



FILED
MAY 12 2022
CLERK, U.S. ...
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION



| | |
|---|---|
| EDERAL HOME LOAN MORTGAGE CORPORATION. | Case No.: 3:19-cv-02099RS |
| Plaintiff | |
| v. | PROOF OF SERVICE |
| CHANHT REATREY KEO, | |
| Defendant | |

I, Emett Rosen, am over the age of 18 and not a party to this action.

I am a resident of or employed in the county where the mailing occurred; my business/residence address is 256 Canal Street, San Rafael, CA 94901.

On the 11rst day of May, 2022, I served the foregoing document(s) described as;

. **"DECLARATION OF CHANHT REATREY KEO RE VIOLATION OF EVICTION MORATORIUM"**

by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S.Mail.

| | |
|---|---|
| McCathy & Holthus,LLP | Melissa Robbins Coutts, attorney for |
| 2763 Camino Del Rio S.,100 | Federal Home Loan Mortgage Corp. |
| San Diego, CA 92108 | |

Dated  Mayy11th, 2022

_____
Emett Rosen