FILED

JUN 14 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: CHANHT REATREY KEO.  _____  CHANHT REATREY KEO,  Petitioner,  v.  UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,  Respondent,  FEDERAL HOME LOAN MORTGAGE CORPORATION, a corporation organized and existing under the laws of the United States of America, its assignees and/or successors,  Real Party in Interest. | No.   22-70087  D.C. No. 3:19-cv-02099-RS  Northern District of California, San Francisco  ORDER |

Before: OWENS, LEE, and BUMATAY, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of a writ of mandamus or prohibition. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

2

Petitioner's motion to proceed in forma pauperis (Docket Entry No. 2) is denied as moot.

No further filings will be entertained in this closed case.

**DENIED**.